IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER WOELFEL,<br><br>    *Plaintiff,*<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 15-2476 |

## ORDER

**AND NOW**, this 16th day of August, 2016, upon review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 20) and no objections having been filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's request for review is **GRANTED**;

3. The case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), to permit the Administrative Law Judge: (1) to consider and address Plaintiff's GAF scores and the medical record pertaining to Plaintiff's diagnosis of and treatment for fibromyalgia; (2) to reconsider, if appropriate, the weight to be accorded to the opinions of Drs. Danielson and Moskowitz; and (3) if appropriate, to obtain further evidence from a vocational expert.

---

[1]  Local Rule of Civil Procedure 72.1(IV)(b) and 28 U.S.C. Section 636(b)(1) provide that any party may, within 14 days, file written objections to a Report and Recommendation ("R & R"). The Court reviews *de novo* those portions of the R & R to which there are objections. *See Phelps v. Colvin*, No. 13-cv-5338, 2015 WL 9192290, at *1 (E.D. Pa. Dec. 17, 2015). Where no objections are made, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee notes.

BY THE COURT

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J